James Brandt, Appellee, v. Pennsylvania Railroad Company, Appellant.

Gen. No. 9,721.

Hunter, Kavanagh, McLaughlin & Bond and Homer B. Harris, for appellant; Trapp & Trapp, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed March 7, 1951; rehearing denied April 20, 1951; released for publication April 20, 1951.